# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**WARREN ANTONIO LEE,**

    **Plaintiff,**

    v.                                                                    Civil Action No. 16-10865-IT

**BLACK AND PINK, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER FOR DISMISSAL

June 13, 2016

**TALWANI, D.J.**

On May 9, 2016, plaintiff Warren Antonio Lee ("Lee"), a prisoner at FCI Butner in Butner, North Carolina, filed a self-prepared civil complaint. Lee did not pay the filing and administrative fees nor did he seek a waiver thereof. On May 12, 2016, a Procedural Order [#4] issued directing Lee to pay the fees or file a Motion for Leave to Proceed *in forma pauperis* along with his certified prison account statement by June 2, 2016. To date, Lee has failed to pay the fees or to file an *in forma pauperis* motion. Accordingly, for the failure of Lee to satisfy the fee requirements of this Court, it is hereby Ordered that this action is <u>DISMISSED</u> without prejudice in its entirety.

**SO ORDERED.**

                                                                /s/ Indira Talwani
                                                                United States District Judge